UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff(s),

v.

THE MOORE LAW GROUP, A.P.C.,
CITIBANK (SOUTH DAKOTA), N.A.,

    Defendant(s).
_____/

No. C  CV 11 2406-EDL

**DECLINATION TO PROCEED BEFORE
A MAGISTRATE JUDGE
AND
REQUEST FOR REASSIGNMENT TO A
UNITED STATES DISTRICT JUDGE**

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 9, 2011

Signature /s/ Marcos Sasso

Counsel for Defendant
(Plaintiff, Defendant, or indicate "pro se")

**PROOF OF SERVICE**

STATE OF CALIFORNIA )
) ss
COUNTY OF SAN FRANCISCO )

    I am employed in the County of Los Angeles, State of California, over the age of eighteen years, and not a party to the within action. My business address is: 2029 Century Park East, Suite 1800, Los Angeles, California 90067-3086.

    On June 9, 2011, I served the foregoing document(s) described as: **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

See Attached Service List

☐ **(VIA PERSONAL SERVICE)** By causing to be delivered the document(s) listed above to the person(s) at the address(es) set forth above.

☐ **(VIA U.S. MAIL)** In accordance with the regular mailing collection and processing practices of this office, with which I am readily familiar, by means of which mail is deposited with the United States Postal Service at Los Angeles, California that same day in the ordinary course of business, I deposited such sealed envelope, with postage thereon fully prepaid, for collection and mailing on this same date following ordinary business practices, addressed as set forth below.

☐ **(VIA FACSIMILE)** By causing such document to be delivered to the office of the addressee via facsimile.

☒ **(VIA OVERNIGHT DELIVERY)** By causing such envelope to be delivered to the office of the addressee(s) at the address(es) set forth above by overnight delivery via Federal Express or by a similar overnight delivery service.

    I declare that I am employed in the office of a member of the bar of this court whose direction the service was made.

    I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

    Executed on June 9, 2011, at Los Angeles, California.

Rennie Santhon      /s/ *Rennie Santhon*
[Type or Print Name]      [Signature]

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51423561

PROOF OF SERVICE
Case No. CV 11 2406 EDL

## SERVICE LIST

Nick Makreas
271 Tulare Drive
San Bruno, CA 94066

The Moore Law Group, A.P.C.
Attn: Harvey M. Moore
3710 S. Susan St.
Santa Ana, CA 92704

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East
Los Angeles, California 90067-3086

LA 51423561

PROOF OF SERVICE
Case No. CV 11 2406 EDL