United States District Court

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

        Plaintiff,

  v.

THE MOORE LAW GROUP, A.P.C., et al.,

        Defendants

_____/

No. C-11-2406 MMC

**ORDER DENYING AS MOOT DEFERRED PORTION OF DEFENDANTS' MOTIONS TO DISMISS**

By order filed July 25, 2011, the Court granted in part and deferred in part ruling on defendants' motions to dismiss plaintiff's initial complaint. Specifically, the Court dismissed plaintiff's federal claims, with leave to amend, and deferred ruling on the motions to the extent the motions sought dismissal of plaintiff's state law claims.

On August 18, 2011, plaintiff filed a First Amended Verified Complaint. "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957).

Accordingly, to the extent the motions seek dismissal of the state law claims alleged in plaintiff's initial complaint, the motions are hereby DENIED as moot.

**IT IS SO ORDERED.**

Dated: August 24, 2011

MAXINE M. CHESNEY
United States District Judge