IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff,

  v.

THE MOORE LAW GROUP, A.P.C., et al.,

    Defendants.

No. C-11-2406 MMC

**ORDER VACATING OCTOBER 7, 2011 HEARING**

Before the Court are two motions to dismiss the First Amended Verified Complaint filed by plaintiff Nick Makreas: (1) defendant The Moore Law Group, A.P.C.'s ("Moore") motion to dismiss, filed September 1, 2011; and (2) defendant Citibank (South Dakota), N.A.'s ("Citibank") motion to dismiss, filed September 1, 2011. Plaintiff has filed opposition to each motion; each defendant has filed a reply. Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for decision on the parties' respective written submissions, and VACATES the hearing scheduled for October 7, 2011.

**IT IS SO ORDERED.**

Dated: October 4, 2011

MAXINE M. CHESNEY
United States District Judge