**FILED**

NOV 21 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS
271 Tulare Drive
San Bruno, CA 94066
(650) 591-3881
No Fax. No E-Mail
In Pro Se

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>    Plaintiff,<br>Vs.<br><br>THE MOORE LAW GROUP, A.P.C. a California corporation; CITIBANK (South Dakota), N.A., a business entity, form unknown; DOES 1 through 25 INCLUSIVE, et al.,<br><br>    Defendants. | Case No: 3:11-CV-02406-MMC<br><br>Hon. Judge Maxine M. Chesney<br><br>**DECLARATION OF NICK MAKREAS IN SUPPORT OF REQUEST TO ENTER DEFAULT OF THE MOORE LAW GROUP, A.P.C.** |

I, NICK MAKREAS, declare

    1. I am the plaintiff in this action. I have personal knowledge of the facts set forth in this declaration, unless otherwise stated, and I could and would testify competently thereto as a witness.

    2. Ms. Kathleen Kramer served the second amended verified complaint on THE MOORE LAW GROUP, A.P.C. on October 28, 2011. The Proof of Service has been filed with this Court. See Docket No. 38.

    3. Pursuant to Rules 55(a), 15(a)(3) and 6(d) of the Federal Rules of Civil Procedure I understand that the responsive pleading of Defendant THE MOORE LAW GROUP, A.P.C. is

1 | due within 17 days after sending, via first class mail, a copy of my second amended complaint.
2 | Since THE MOORE LAW GROUP was served on October 28, 2011, the latest possible time for
3 | them to have filed a responsive pleading would have been November 14, 2011.

Date: November 21, 2011

_____

NICK MAKREAS