UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NICK MAKREAS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>THE MOORE LAW GROUP, A.P.C. A CALIFORNIA CORPORATION; CITIBANK (SOUTH DAKOTA) N.A., A BUSINESS ENTITY, FORM UNKNOWN; DOES 1 THROUGH 25 INCLUSIVE, et al.,<br><br>　　　　Defendant(s). | Case No. 3:11-cv-2406-MMC<br><br>[PROPOSED] **ORDER ON JOINT REQUEST TO CONTINUE THE CALENDARED CASE MANAGEMENT HEARING AND RELATED RULE 26(F) JOINT DISCOVERY PLAN DEADLINE**<br><br>Case Management Hearing Date: 12/9/11<br>Motions to Dismiss Hearing Date: 1/6/12<br>Time: 9 a.m.<br>Courtroom: 7<br>Judge: Hon. Maxine Chesney |

///
///
///
///

1
Proposed Order

THE PARTIES HAVEN SHOWN good cause and grounds why the Case Management Hearing currently calendared should be continued.

The request is hereby GRANTED.

The new Case Management Hearing date is February 24, 2012. A Joint Case Management Statement shall be filed no later than February 17, 2012.

So Shall be the Order of the Court.

Dated:   December 5  , 2011

_____
Hon. Maxne Chesney
District Court Judge