IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff,

v.

THE MOORE LAW GROUP, A.P.C., et al.,

    Defendants.

No. C-11-2406 MMC

**ORDER VACATING FEBRUARY 3, 2012 HEARING**

    Before the Court are two motions to dismiss, filed pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure: (1) defendant The Moore Law Group, A.P.C.'s ("Moore") motion, filed November 21, 2011; and (2) defendant Citibank (South Dakota), N.A.'s motion, filed November 14, 2011. Plaintiff Nick Makreas ("Makreas") has filed opposition to each motion, and each defendant has filed a reply. Additionally, Makreas has filed a "reply" to Moore's reply.[1] Further, with leave of court, Moore and Makreas have each filed supplemental briefing to address a jurisdictional issue.

    Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters suitable for determination on the parties' respective written submissions, and VACATES the hearing scheduled for February 3, 2012.

    **IT IS SO ORDERED.**

Dated: January 31, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] As explained in the Court's order of December 23, 2011, although Makreas' filing of a "reply" to a reply is procedurally improper, the Court will consider said filing.