IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICK MAKREAS,

    Plaintiff,

v.

THE MOORE LAW GROUP, A.P.C., et al.,

    Defendants.

No. C-11-2406 MMC

**JUDGMENT PURSUANT TO RULE 68**

In accordance with the offer of defendant The Moore Law Group to allow judgment to be taken against it pursuant to Rule 68 of the Federal Rules of Civil Procedure, and the acceptance thereof by plaintiff Nick Makreas, said documents filed February 16, 2012, it is hereby ORDERED, ADJUDGED and DECREED that plaintiff Nick Makreas shall have judgment against The Moore Law Group in the total sum of $2,002, plus costs accrued as of February 2, 2012, the date the offer was served.[1]

**IT IS SO ORDERED.**

Dated: March 2, 2012

MAXINE M. CHESNEY
United States District Judge

---

[1] The Court, by separate order, will determine the amount of costs reasonably incurred.