**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS, | No. C-11-2406 MMC |
| Plaintiff, | **ORDER VACATING APRIL 20, 2012 HEARING ON DEFENDANT CITIBANK'S MOTION TO DISMISS** |
| v. | |
| THE MOORE LAW GROUP, A.P.C., et al., | |
| Defendants. | |
| _____/ | |

Before the Court is defendant Citibank (South Dakota), N.A.'s ("Citibank") motion to dismiss, filed March 9, 2012, by which Citibank seeks an order dismissing the Second Cause of Action, the sole claim alleged against it in the Third Amended Complaint.  Plaintiff Nick Makreas has filed opposition, to which Citibank has replied.  Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for decision on the parties' respective written submissions and hereby VACATES the hearing scheduled for April 20, 2011.

**IT IS SO ORDERED.**

Dated: April 17, 2012

_____
MAXINE M. CHESNEY
United States District Judge