| | |
|---|---|
| 1 | STROOCK & STROOCK & LAVAN LLP |
| 2 | JULIA B. STRICKLAND (State Bar No. 083013)<br>MARCOS D. SASSO (State Bar No. 228905) |
| 3 | A.R. KACHADOORIAN (State Bar No. 240601)<br>2029 Century Park East, Suite 1600 |
| 4 | Los Angeles, California  90067-3086<br>Telephone: 310-556-5800 |
| 5 | Facsimile: 310-556-5959<br>lacalendar@stroock.com |
| 6 | Attorneys for Defendant |
| 7 | CITIBANK, N.A., as successor in interest to<br>CITIBANK (SOUTH DAKOTA), N.A. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| NICK MAKREAS,<br><br>          Plaintiff,<br><br>   vs.<br><br>THE MOORE LAW GROUP, A.P.C. a California corporation; CITIBANK (SOUTH DAKOTA), N.A., a business entity, form unknown, DOES 1 through 25 INCLUSIVE, et al.,<br><br>          Defendants. | **Case No. CV 11 2406 MMC**<br><br>[Assigned to the Honorable Maxine M. Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>**Current CMC Date:**<br>Date:  April 27, 2012<br>Time:  10:30 a.m.<br>Ctrm:  Courtroom 7, 19th Floor |

LA 51534355

1  WHEREAS, on February 2, 2012, the Court scheduled a Case Management Conference for
2  April 27, 2012 (see Docket No. 63).
3  WHEREAS, pursuant to the Court's Order, the parties must file a Joint Case Management
4  Statement by April 20, 2012 (see Docket No. 63);
5  WHEREAS, on March 9, 2012, Citibank filed a Motion to Dismiss the Third Amended
6  Complaint, which Motion is now fully briefed;
7  WHEREAS, the hearing on Citibank's Motion to Dismiss was scheduled for April 20,
8  2012; however, on April 17, 2012, the Court vacated the hearing;
9  WHEREAS, given that Citibank's Motion to Dismiss remains pending and that the Motion
10 may result in dismissal of the Third Amended Complaint, or in another round of pleading, the
11 parties agree that it is appropriate to continue the Case Management Conference to a date following
12 an order on the Motion to Dismiss, and to continue the corresponding date to file the Joint Case
13 Management Statement;
14 WHEREAS, pursuant to Civil Local Rules 6-1(b) and 6-2, the parties may request an order
15 changing time that would affect the date of an event or deadline already fixed by Court order;
16 WHEREAS, on December 1, 2011, the parties previously requested a continuance of the
17 Case Management Conference scheduled for December 9, 2011, which the Court granted on
18 December 5, 2011;
19 WHEREAS, this Stipulation is made in good faith and not for purposes of delay.
20 IT IS HEREBY STIPULATED, by and between the parties, and through Citibank's counsel
21 of record, that:
22 / /
23 / /
24 / /
25 / /
26 / /
27 / /
28 / /

LA 51534355

- 1 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV 11 2406 MMC

1   The Case Management Conference currently scheduled for 10:30 a.m. on April 27, 2012 is
2 continued to a date following entry of an order on Citibank's Motion to Dismiss.  The date by
3 which to file the Joint Case Management Statement, which currently is due on April 20, 2012, is
4 continued accordingly.
5   IT IS SO STIPULATED.

Dated:  April 20, 2012                                          STROOCK & STROOCK & LAVAN LLP

                                                                By:     */s/ Alexandria Kachadoorian*
                                                                            Alexandria Kachadoorian

                                                                Attorneys for Defendant
                                                                   CITIBANK, N.A., as successor in interest to
                                                                   CITIBANK (SOUTH DAKOTA), N.A.

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California  90067-3086

LA 51534355                                  - 2 -
                                                          STIPULATION AND [PROPOSED] ORDER
                                                          Case No. CV 11 2406 MMC

| | | |
|---|---|---|
| 1 | Dated: April 19, 2012 | NICK MAKREAS |
| 2 | | |
| 3 | | By: _/s/ Nick Makreas_ |
| 4 | | Nick Makreas |
| 5 | | Plaintiff in Pro Per |

STROOCK & STROOCK & LAVAN LLP
2029 Century Park East, Suite 1800
Los Angeles, California 90067-3086

LA 51534355

- 3 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV 11 2406 MMC

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, pursuant to the Stipulation between the parties, that:

The Case Management Conference currently scheduled for 10:30 a.m. on April 27, 2012 is continued to a date following entry of an order on Citibank's Motion to Dismiss. The date by which to file the Joint Case Management Statement, which currently is due on April 20, 2012, is continued accordingly.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  April 23, 2012                              _____
                                                     The Honorable Maxine M. Chesney
                                                     United States District Judge

LA 51534355

- 4 -

STIPULATION AND [PROPOSED] ORDER
Case No. CV 11 2406 MMC